# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
| | BEFORE: Kate Menendez, 8E MPLS |
| Plaintiff, | U.S. Magistrate Judge |
| v. | |
| (1) Paul R. Hansmeier, | Case No: 16-cr-334-JNE-KMM |
| | Date: January 19, 2017 |
| | Court Reporter: N/A |
| Defendant. | Courthouse: Minneapolis |
| | Courtroom: 8E |
| | Time Commenced: 10:33 a.m. |
| | Time Concluded: 10:45 a.m. |
| | Sealed Hearing Time: N/A |
| | Time in Court: 12 minutes |

APPEARANCES:

Plaintiff: Benjamin F. Langner, Assistant U.S. Attorney
Defendant: Andrew H. Mohring, Office of the Federal Defender
**X** FPD ☐ CJA ☐ Retained **X** Appointed

Interpreter / Language: N/A

**on** ☒ Indictment

**X** Reading of Indictment Waived   **X** Not Guilty Plea Entered

The Court reviewed Mr. Hansmeier's financial information, determined that he is financially unable to obtain counsel to represent him in this matter, and appointed the Office of the Federal Defender to represent him. Not guilty pleas were entered as to all counts in the Indictment. A schedule for pretrial litigation and trial will be issued following submissions by the parties regarding the need for extra time due to the complexity of the case and the volume of discovery. The government has already complied with is discovery obligations by providing over six gigabytes of information and will continue to provide further discovery as required.

s/ *Wendi Tilden*
Courtroom Deputy