UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-334(1) (JNE/KMM)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| PAUL R. HANSMEIER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the defendant's motion to exclude the period of time from the date of this order through April 23, 2018 from the Speedy Trial Act computations in this case [Docket No. 67]. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act and in the accompanying motion.

Accordingly, IT IS HEREBY ORDERED that the period from the date of this order through April 23, 2018 shall be excluded from the Speedy Trial Act computations in this case.

Dated: August 10, 2017

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge