UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 16-cr-334(1) (JNE/KMM) |
| Plaintiff, | |
| v. | ORDER |
| Paul R. Hansmeier, | |
| Defendant. | |

Based upon all the files, records, and proceedings herein, IT IS ORDERED that:

1. This case is scheduled for trial on Monday, March 19, 2018, at 9:30 a.m. in Courtroom 12W (MPLS) before Judge Joan N. Ericksen.

2. A status conference will be held on March 12, 2018, at 2:00 p.m. in Courtroom 12W (MPLS), before Judge Joan N. Ericksen. The government must submit its lists of prospective witnesses and prospective exhibits at this conference.

3. Trial briefs, voir dire questions, proposed jury instructions, and trial-related motions (including motions in limine) must be submitted to Judge Ericksen's chambers by 5:00 p.m. on Friday, March 2, 2018. Responses to trial-related motions (including motions in limine) must be submitted by 5:00 p.m. on Thursday, March 8, 2018.

Dated:  February 13, 2018

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge