UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL R. HANSMEIER,<br><br>Defendant. | Criminal No. 16-334(1) (JNE/KMM)<br><br>**STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), I, Paul R. Hansmeier, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act:

My attorney and I need additional time to review the many documents and prepare for the trial. As such, I request that the period of time from now until November 2, 2018 be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 2/16/18

_____
PAUL R. HANSMEIER
Defendant

Dated: 2/16/18

                                        MANNY K. ATWAL
                                        Attorney ID No. 282029
                                        Attorney for Mr. Hansmeier
                                        107 U.S. Courthouse
                                        300 South Fourth Street
                                        Minneapolis, MN 55415