UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-334(1) (JNE/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| PAUL R. HANSMEIER, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon the Defendant's Second Motion [Docket No. 80] to Continue Jury Trial and Exclude Time Under the Speedy Trial Act from the date of this order through November 2, 2018. The Government has no objection. Pursuant to 18 U.S.C. § 3161 (h)(7)(A), the Court finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the Defendant in a speedy trial. This finding is based on the facts set forth in the Defendant's Statements of Facts in Support of Exclusion of Time Under Speedy Trial Act.

Accordingly, IT IS HEREBY ORDERED that the period from the date of this order through November 2, 2018, shall be excluded from the Speedy Trial Act computations in this case.

IT IS FURTHER ORDERED that the trial scheduled for Monday, March 19, 2018, is CANCELLED and will now commence on Tuesday, September 4, 2018, at 9:30 a.m. in Courtroom 12W, Minneapolis, Minnesota.

A status conference will be held on August 27, 2018, at 9:30 a.m. in Courtroom

12W (MPLS), before Judge Joan N. Ericksen.   The government must submit its lists of prospective witnesses and prospective exhibits at this conference.

Trial briefs, voir dire questions, proposed jury instructions, and trial-related motions (including motions in limine) must be submitted to Judge Ericksen's chambers by 5:00 p.m. on Friday, August 10, 2018.   Responses to trial-related motions (including motions in limine) must be submitted by 5:00 p.m. on Friday, August 17, 2018.

Dated:   February 20, 2018            s/ Joan N. Ericksen
                                                                    JOAN N. ERICKSEN
                                                                    United States District Judge