# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:  16CR334 (JNE/KMM) (1) |
| | Date:  August 17, 2018 |
| PAUL R. HANSMEIER, | Court Reporter:  Kristine Mousseau |
| Defendant. | Courthouse:  Minneapolis |
| | Courtroom:  12W |
| | Time Commenced:  9:36 a.m. |
| | Time Concluded:  10:16 a.m. |
| | Time in Court:  40 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
　　For Plaintiff:　　David J. MacLaughlin
　　For Defendant:　　Manvir K. Atwal　☒ FPD　☐ CJA　☐ Retained　☐ Appointed
　　Interpreter/Language: /
　　☐ Appointment of Counsel requested - ☐ granted　☐ denied.
　　☐ Appointed

PROCEEDINGS:
　　☐ **Arraignment** on ☐ Information, ☐ Indictment
　　☒ **Change of Plea Hearing.**
　　☐ **Initial Appearance.**
　　☐ Indictment waived.
　　☐ Defendant withdraws plea of as to Count(s):

　　☒ PLEA:
　　　　☒ Guilty as to **Counts 1 and 17 of the Indictment**
　　　　☐ "Nolo Contendere" as to Count(s):
　　　　☐ Defendant admits allegations in the Information.

　　☒　Presentence Investigation and Report requested.
　　☒　Bond continued.
　　☐　Sentencing is scheduled for at before.
　　☐　Defendant remanded to the custody of the U.S. Marshal.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Mark Hamre
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Law clerk