| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br>(Rev. 03/2018) | TRANSCRIPT ORDER<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>*Please read instructions on next page.* | COURT USE ONLY<br>NOTES: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Tracey Bodway | 2a. CONTACT PHONE NUMBER<br>612-664-5858 | 3. CONTACT EMAIL ADDRESS<br>zzMNFDMailbox@fd.org |
| 1b. ATTORNEY NAME (if different)<br>Manny K. Atwal | 2b. ATTORNEY PHONE NUMBER<br>612-664-5858 | 3. ATTORNEY EMAIL ADDRESS<br>Manny_atwal@fd.org |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Office of the Federal Defender<br>Suite 107 US Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>US v Paul R. Hansmeier | 6. CASE NUMBER<br>Cr 16-334(1) (JNE/KMM) |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable<br>Kristine Mousseau | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):     CJA: Do not use this form; use AUTH24 in CJA.<br>☐ APPEAL    ✔ CRIMINAL        ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>✔ NON-APPEAL  ☐ CIVIL<br>☐ Standing Order (MDL only) | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)  b. SELECT FORMAT(S) NOTE: ECF access is included.  c. DELIVERY TYPE Delivery times are not guaranteed.

| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/17/2018 | JNE | | 1 | | | | X | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: [signature] for MKA

12. DATE: 8/23/18