UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 16-334(1) (JNE/KMM) |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| v. | ) | **EXTENSION OF TIME TO FILE** |
| | ) | **OBJECTIONS TO PRESENTENCE** |
| PAUL R. HANSMEIER, | ) | **REPORT** |
| | ) | |
| Defendant. | | |

The defendant, Paul R. Hansmeier, by and through his attorney, respectfully moves the Court for an order extending the time limits under the Local Rules in which correspondence and pleadings with respect to sentencing procedures are due. Objections to the report are due December 14, 2018 and counsel is requesting until January 4, 2019 to file her objections. Counsel and Mr. Hansmeier have read and reviewed the PSR. In an attempt to resolve some of the objections, counsel needs additional time to review discovery and confer with the government. As such, counsel respectfully requests a continuance to file her objections.

Dated: December 13, 2018                    Respectfully submitted,

*s/Manny K. Atwal*

MANNY K. ATWAL
Attorney ID No. 282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415