UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 16-334(1) (JNE/KMM) |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S SECOND MOTION** |
| v. | ) | **FOR EXTENSION OF TIME TO FILE** |
| | ) | **OBJECTIONS TO PRESENTENCE** |
| PAUL R. HANSMEIER, | ) | **REPORT** |
| | ) | |
| Defendant. | | |

The defendant, Paul R. Hansmeier, by and through his attorney, respectfully moves the Court for an order extending the time limits under the Local Rules in which correspondence and pleadings with respect to sentencing procedures are due. Objections to the preliminary presentence investigation report are due January 4, 2019, and counsel is requesting a one-week extension, until January 11, 2019, to file her objections. Counsel and the government met today to discuss the PSR and counsel needs an additional week to clarify and narrow the objections. The government does not object to the continuance.

Dated: January 4, 2019                    Respectfully submitted,

*s/Manny K. Atwal*

MANNY K. ATWAL
Attorney ID No. 282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415