UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 16-334(1) (JNE/KMM) |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| v. | ) | **EXTENSION OF TIME TO FILE** |
| | ) | **PLEADINGS WITH RESPECT TO** |
| PAUL R. HANSMEIER, | ) | **SENTENCING PROCEDURES** |
| | ) | |
| Defendant. | ) | |

The defendant, Paul R. Hansmeier, by and through his attorney, respectfully moves the Court for an order extending the time limits under the Local Rules in which pleadings with respect to sentencing procedures are due. The parties' pleadings are due March 11, 2019. A two-week extension is needed because of counsel's current caseload and because Mr. Hansmeier's extensive pleading requires additional time to complete. Counsel will also be out of the office for two business. For the given reasons, counsel requests a two-week extension to file defendant's pleading.

Dated:  March 6, 2019                         Respectfully submitted,

                                              *s/ Manny K. Atwal*

                                              MANNY K. ATWAL
                                              Attorney ID No.  282029
                                              Attorney for Defendant
                                              107 U.S. Courthouse
                                              300 South Fourth Street
                                              Minneapolis, MN 55415