*KATHERIAN D. ROE
  Federal Defender

*REGGIE ALIGADA
  First Assistant Defender

*MANNY ATWAL
  Senior Litigator

CHAD SPAHN
  Senior Investigator

**OFFICE OF THE**
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

*DOUGLAS OLSON
  JAMES BECKER
*SHANNON ELKINS
  LISA LOPEZ
  KEALA EDE
  DOUGLAS MICKO
  ROB MEYERS
  ERIC RIENSCHE
  Assistant Defenders

*MSBA Certified Criminal Law Specialist

May 29, 2019

Honorable Joan N. Ericksen
United States District Judge
Suite 12W, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

Re:   United States v. Paul R. Hansmeier
      Criminal No. 16-334 (1) (JNE/KMM)

Dear Judge Ericksen:

Please find enclosed letters of support on Mr. Hansmeier's behalf.

Sincerely,

*s/ Manny K. Atwal*

MANNY K. ATWAL
Assistant Federal Defender

MKA/jmv

Enclosures

cc:   Benjamin F. Langner, AUSA
      David J. MacLaughlin, AUSA
      Gary Smith, USPO

May 23, 2019

To Whom It May Concern,

I am writing a letter for Paul Hansmeier as part of his sentencing documents. I write this letter as Paul's mother, Barbara Hansmeier.

Paul is my second born child. He has 2 brothers, one older, one younger.

As child, Paul was very bright; an early and voracious reader; good with building structures; quick with technology; a creative thinker. Socially, Paul was quite shy and reserved prior to beginning Montessori school (challenging for a kid who was physically very tall for his age and, thus, was expected to have social skills of a much older boy than he actually was) but quickly became self assured once in his first academic setting.

Paul easily made friends from all walks of life. He was an avid Scout, first in Cub Scouts and then progressing into Boy Scouts. He loved all aspects of Scouting, particularly camping. In Scouting he earned the Order of the Arrow, awarded to campers with high skill. He enjoyed summers at Camp Many Point for several years and was courted to become a camp counselor. Paul was one merit badge away from attaining the highest rank in scouting, the Eagle Scout. High School activities, responsibilities and academics began to take a higher priority. Paul's father and I divorced at this time which may have impacted his trajectory to Eagle Scout, too.

As an elementary school child, Paul was very coachable. He liked discussing ideas for big projects such as the State and Country reports and the Science Fair project in the sixth grade. He was not afraid to try unusual approaches to meeting project outcomes. For example, for his science fair project, Paul decided to determine if mothers could recognize their children just through touching of their faces. He found subjects across the lifespan to participate and created methods to control variables. His project was a real hit at the science fair.

Paul enjoyed public speaking, even at a young age. He had a good sense of humor; a self deprecating manner that engaged his audience; a surprising ease on stage. He won speaking contests where the child had to prepare his or her speech based on a theme and then give the speech in competition with other students his age. His sixth grade class voted him to be the graduation speaker, too.

Also during his elementary years he enjoyed a extracurricular program called Odyssey of the Mind. This was a problem solving/critical thinking program that stretched across the school year. Teams were formed, a problem was addressed and ultimately the team performed in competition. Paul really enjoyed this collaborative challenge each year.

His comfort in front of an audience drew him to acting in junior and senior high school. He played the lead in two musicals. In addition to plays Paul was active in all aspects of concert choir and was also an accomplished cellist in the orchestra.

Paul liked organized sports, swimming, basketball and soccer. He liked the social aspect of playing golf; I could always count on him to go play a quick round on the par 3 course when he was in high school. For a few summers while in law school we played golf one evening a week with friends and family members.

Academically, Paul was always very strong. In high school the majority of his high school classes were Advance Placement. He graduated with honors. Paul scored high on each of the Advance Placement exams, earning

nearly a year of credits at St. John's University prior to beginning college. He began college at St. John's in pre-medicine but during his first Economics class, I remember a call from him asking if he could change his major to Economics. I asked him if this was code for getting poor grades in his Organic Chemistry class; he said no, he was getting A in Organic. It was that Economics was absolutely captivating for him. I advised him to follow his bliss.

While in college Paul volunteered at the St. Cloud VA Medical Center. He transported veterans to and from appointments from one department to another. This was an eye opening experience for him; he learned to appreciate the service provided by veterans to our country. He also learned of the chronic disability with which many veterans returned home.

I would like to turn to providing some perspective on Paul as a son and as a father. As a son, Paul has always made me proud, even during this time a deep adversity. He is the son who calls most every day on his way home from work to review his day; ask about mine; discuss matters of the heart, the family, the state of the world. Somehow, during this very challenging time for himself and his young family, his outward philosophy has been one of facing forward, remaining optimistic about the future, however that might unfold.

Another example of Paul's steadfast determination to remain clear minded was his reaction to shattering his dominant side wrist 2 years ago slipping on ice while walking the family dog. He could have lost his positive attitude but, at least outwardly, it remained intact. The following year almost to the day, Paul fell again, again slipping on ice walking the dog, this time breaking his ankle. I think most of us would have shaken our fists at God. Paul did not.

As most mothers, I imagine, I have loved watching Paul in his role of father. He is very present in his children's lives, loving, engaging, guiding and involved. He offers open and frequent praise when playing with Henry and Greta; he is patient and encouraging as the kids battle life challenges; he is an eager parent in the preschool and elementary school settings. He can be silly, he is keenly observant; he is his kids' dad, in all that this role encompasses.

In conclusion, I hope I have been able to describe some of the foundation upon which Paul has built his adult life. I also hope that I have been able to describe aspects of Paul as an adult that are meaningful and important. Is Paul a perfect human being, even in the eyes of his mother? No, he is not. We all have our demons. Nevertheless, Paul is a well loved and respected person by me and many, many others. He is a good man, a good son, a good father.

Most sincerely,

Barbara Hansmeier

May 23, 2019

The Honorable Joan N. Ericksen
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE:   Paul Hansmeier

Dear Judge Ericksen:

I write this letter to you as the father of Paul Hansmeier.

I am in a somewhat unique position in these circumstances because I have been a lawyer in Minnesota and surrounding states for the past 43 years.

My practice has been a very traditional practice in the area of insurance defense and civil litigation. My understanding of copyrights and the scope of particular rights of holders of copyrights is something I have no particular knowledge.

From my observation, Paul's involvement in the practice that led to his plea of guilty started on a limited basis with pursing copyright claims for actual clients. Then that practice escalated into something different and involved conduct for which I cannot defend given the current procedural setting of his case. Whether it was illegal is not my role and is for others to decide.

It seems that the trouble for Paul and the problems caused by Paul cascaded when the decision in the California Federal District Court was issued by Judge Wright. At that time, there were a number of other similar lawsuits pending around the country that picked up on the California case. Judge Wright was quoted in those cases and the problems began to multiply and spin out of control. With cases in multiple jurisdictions pending when the Judge in Federal District Court in California was critical of the conduct, there was no practical way to shut down the practices and cases subject to the criticism. He had to see those other cases through. He thought, at the time, the causes of action were legitimate and within the bounds of appropriate advocacy, albeit controversial.

I know many of the facts and law leading to the charges against him are areas of law unique and without much precedent. The progression of online access and piracy were not in the thought process when many of the intellectual property laws were written and the type of lawsuits, which led to this conviction, were not contemplated.

I don't think Paul had a concept he was breaking the law with the copyright infringement lawsuits. Why would anyone put their career, reputation, family and civil rights at jeopardy when they know the daily audience for the claims were in front of state and federal courts and were going to be subject to scrutiny. He did not think he was engaging in criminal activity. But here we are.

I am not including in this letter the grave impact to his wife and children because others are addressing those issues. In issuing your sentencing decision, I do ask you to consider factors of no violence, minimal impact to the public, and a naïve concept of using the courts as a tool to pursue claims for benefit.

Thank you for your consideration.

Sincerely,

Gordon Hansmeier
1550 95th Avenue NE
Sauk Rapids, Minnesota 56379

United States District Court

12W U.S. Courthouse

300 South Fourth Street

Minneapolis, MN 55415

Tuesday, May 28, 2019

Honorable Joan Ericksen,

I am writing to ask you to consider the following when determining an appropriate sentence for Paul Hansmeier.  My name is Kathryn Lane-Browne, I am Paul's mother-in-law.

Paul has always thought that family was very important. He is an excellent father.  Patient, funny and loving.  Paul works with his children to instill good values, intellectual curiosity, and love of life through games, reading and sports. He manages to discipline his children with patience, humor, and light teasing. He shares the duties of parenting and maintaining a household almost evenly. Paul's absence will have a traumatic effect on his children.  His day to day support and guidance will be missing for a large portion of their childhoods.

When I first met Paul he was extremely concerned with his career and earning a high salary. As Henry and Greta came into his life his focus changed. He still wanted a good income, but knew he needed to be a good role model for his children.  The children were born in 2012 and 2014. Paul became more empathetic and interested in the well-being of the people around him.  Paul moved away from the pornography cases.

The case has been difficult on the entire family, but we continue to support Paul. Six years ago, my daughter, Padraigin, had a job offer rescinded and later she was let go from her job as a patent lawyer due to the bad publicity concerning Paul and his partner.  Padraigin has started her own law business and she works hard to support their family.  Paul's absence will make her life that much harder because he is support to her and does so much in their home.  After he is sent to prison, she will be the sole provider and care giver to their children.

I continue to support Paul, and know the goodness he has.

                                           /s/Kathryn Lane-Browne