# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA**,**

        Plaintiff,

v.

PAUL R. HANSMEIER,

        Defendant.

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 16-cr-334 (JNE/KMM) (1) |
| Date: | June 14, 2019 |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 9:40 a.m. |
| Time Concluded: | 11:11 a.m. |
| Time in Court: | 1 Hour & 31 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff:  Benjamin F. Langner and David J. MacLaughlin, Assistant U.S. Attorneys
For Defendant:  Manvir K. Atwal, FPD

Interpreter / Language:     /

☒ Evidentiary Hearing
☒ Sentencing
☐ Hearing held on objections to the presentence report

## IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | ☒ | ☐ | 168 months | | 2 years | | |
| 17 | ☒ | ☐ | 168 months | | 2 years | | |

Said terms to run ☒ concurrently  ☐ consecutively

☐ Special conditions of:

**See J&C for special conditions**

☒ Defendant sentenced to pay:
- ☐ Fine in the amount of $.
- ☒ Restitution in the amount of $1,541,527.37.
- ☐ Costs of prosecution in the amount of $ to be paid .
- ☒ Special assessment in the amount of $200 to be paid immediately.

☐ Plea and plea agreement accepted.

☐ Court Ordered Denial of Federal Benefits.

☒ Execution of sentence of imprisonment suspended until July 9, 2019.

☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.

☐ Execution of sentence of fine suspended.

☒ On Motion of the Gov't, the indictment in counts 2-16 and 18 is dismissed as to this defendant only.

☐ Motion for departure is   ☐ granted   ☐ denied.

☐ Defendant remanded to the custody of the U.S. Marshal.

☒ Defendant's Motion for Post-Sentencing Release Pending Appeal [Docket No. 132] is DENIED.

☒ Docket no.:  130 shall be unsealed at the time the judgment is filed.

☐ Docket no.:   shall remain sealed until .

☐ Docket no.:   shall be sealed indefinitely.

s/Mark Hamre
Signature of law clerk