AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

## DISTRICT OF    MINNESOTA

United States of America

V.

Paul R. Hansmeier

**EXHIBIT LIST**

Case Number:  16cr334(1) (JNE/KMM)

| PRESIDING JUDGE Joan N. Ericksen | PLAINTIFF'S ATTORNEY Ben Langner & David MacLaughlin | DEFENDANT'S ATTORNEY Manvir K. Atwal |
|---|---|---|
| TRIAL DATE (S) June 14, 2019 | COURT REPORTER Kristine Mousseau | COURTROOM DEPUTY Catherine Cusack |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | 6/14/19 | Transaction List |
| 2 | | | | 6/14/19 | Response List |
| 3 | | | | 6/14/19 | Web Page |
| 4 | | | | 6/14/19 | 12/29/11 Letter |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size