UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-334 (1) JNE/KMM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PAUL R. HANSMEIER,

        Defendant,

**ORDER**

The United States moved the Court for an order under 18 U.S.C. § 3664(k) to modify the payment schedule set forth in the sentencing order. Having considered the motion and materials in support,

THEREFORE, IT IS ORDERED, that Randall L. Seaver, in his capacity as the Chapter 7 panel trustee of the Bankruptcy Estate of Paul Hansmeier, shall pay over to the Clerk of Court the settlement funds of $75,000.00 held for the above-named defendant as payment for the criminal monetary penalties owed by the defendant in this case.

Dated: June 24, 2019

s/ Joan N. Ericksen
Joan N. Ericksen
United States District Judge