UNITED STATES DISTRICT COURT
for the District of Minnesota

# NOTICE OF APPEAL

USCA 8 NO _____

United States of America,
    Plaintiff,

v.

Paul R. Hansmeier,
    Defendant.

16-CR-334 (1) (JNE/KMM)
District Court Docket Number

Honorable Joan E. Ericksen
U.S. District Court Judge

Notice is given that Paul R. Hansmeier appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment & Commitment Order entered in this action on June 14, 2019.

*s/ Manny K. Atwal*
Signature of Defendant's Counsel

Manvir K. Atwal, ID 282029
Typed Name of Defendant's Counsel, Attorney ID No.

300 South Fourth Street, Suite 107
Street Address / Room Number

612-664-5858
Telephone Number

Minneapolis, MN 55415
City, State, Zip

June 26, 2019
Date

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

Please Prepare a transcript of:

- ☐ Pre Trial Proceedings
- ☐ Testimony <u>or</u>
- ☐ Portions thereof:
- ☐ Trial Proceedings (specify if to include jury selection, opening statements, closing arguments, and jury instructions)
- ☐ Post Trial Proceedings
- ☐ Change of Plea
- ✓ Sentencing
- ☐ Other (Specify):

I am not ordering a transcript because

- ✓ Previously filed
- ✓ Other (Specify): Already ordered

### **CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of Payment: \_\_\_ Funds, X Authorization sent to reporter.

| Attorney's Signature | *s/ Manny K. Atwal* | Date | June 26, 2019 |
|---|---|---|---|

**INFORMATION SHEET**
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

1. Defendant's Address: Reg. No. 20953-041 ; [Defendant's Home Address Redacted]

2. Date of Verdict: N/A        Jury ☐    Non-Jury ☐

   Offenses: Conspiracy to Commit Mail Fraud and Wire Fraud, 18 U.S.C. § 1349; Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h)

   Trial    Number of Days: N/A    Bail Status:

3. Date & Sentence Imposed: June 14, 2019; 168 months custody of the BOP, followed by 2 years of supervised release

4. Appealing:   Sentence ☐    Conviction ☐    Both ✓

   Challenging:   ✓ Application of Sentencing Guidelines   ☐ Both Application and Constitutionality

   ☐ Constitutionality of Guidelines    ✓ Reasonableness of Sentence

   ☐ Application of ACCA    ☐ Other: _____

5. Date Transcript ordered by Counsel or District Court: 6/26/19

   Stenographer in Charge: (Name, Address, Phone)
   Kristine Mousseau
   300 South Fourth Street, Suite 1005
   Minneapolis, MN 55415
   (612) 664-5106

6. Trial Counsel Was:   ☒ Appointed (no fee required)   ☐ Retained
   (filing fee $105 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?  ☒ Yes  ☐ No

   Affidavit of Financial Status filed:   N/A

   Is there any reason why trial counsel should not be appointed as counsel on appeal? ☐ Yes  ☒ No

7. Assistant U.S. Attorney Name and Phone Number:
   Benjamin F. Langner,
   David J. Maclaughlin, and
   Brian L. Levine
   612-664-5600

**Court Reporter Acknowledgment**

_____   _____   _____
Date Order Received         Estimated Completion Date    Estimated Number of Pages

_____                                   _____
Court Reporter's Signature                               Date