| Name | Deposit Amounts |
|---|---|
| VICTIMS BLUE PAY TRANSACTIONS, MONEY ORDER DEPOSITS AND CHECK DEPOSITS INTO HANSMEIER AND STEELE ACCOUNTS FROM APRIL 1, 2011 THRU AUGUST 6, 2013 | |
| ███ | $2,000.00 |
| ███ | $2,000.00 |
| ███ | $3,400.00 |
| ███ | $2,000.00 |
| ███ | $2,000.00 |
| ███ | $3,400.00 |
| ███ | $2,000.00 |
| ███ | $75.00 |
| ███ | $200.00 |
| ███ | $2,200.00 |
| ███ | $2,900.00 |
| ███ | $3,400.00 |
| ███ | $3,400.00 |
| ███ | $2,200.00 |
| ███ | $3,400.00 |
| ███ | $3,400.00 |
| ███ | $2,400.00 |
| ███ | $100.00 |
| ███ | $50.00 |
| ███ | $300.00 |
| ███ | $150.00 |
| ███ | $2,900.00 |
| ███ | $300.00 |
| ███ | $500.00 |
| ███ | $2,200.00 |
| ███ | $2,200.00 |
| ███ | $2,000.00 |
| ███ | $3,400.00 |
| ███ | $3,750.00 |
| ███ | $2,200.00 |
| ███ | $1,300.00 |
| ███ | $1,900.00 |
| ███ | $2,400.00 |
| ███ | $2,500.00 |
| ███ | $1,500.00 |
| ███ | $2,000.00 |
| ███ | $2,300.00 |
| ███ | $20.00 |
| ███ | $2,400.00 |
| ███ | $3,400.00 |
| ███ | $2,900.00 |

**GOVERNMENT EXHIBIT 1**
16-CR-334(JNE/KMM)

| |
|---:|
| $900.00 |
| $2,000.00 |
| $2,000.00 |
| $2,000.00 |
| $2,000.00 |
| $1,500.00 |
| $1,800.00 |
| $2,200.00 |
| $2,700.00 |
| $4,500.00 |
| $2,900.00 |
| $2,900.00 |
| $2,000.00 |
| $2,400.00 |
| $2,900.00 |
| $1,000.00 |
| $1,900.00 |
| $3,400.00 |
| $800.00 |
| $2,200.00 |
| $1,050.00 |
| $200.00 |
| $2,500.00 |
| $3,900.00 |
| $2,000.00 |
| $2,000.00 |
| $4,000.00 |
| $3,400.00 |
| $100.00 |
| $2,100.00 |
| $300.00 |
| $2,200.00 |
| $2,000.00 |
| $1,700.00 |
| $2,000.00 |
| $2,000.00 |
| $1,650.00 |
| $2,200.00 |
| $2,000.00 |
| $2,000.00 |
| $4,000.00 |
| $600.00 |
| $1,900.00 |
| $2,050.00 |
| $1,000.00 |
| $4,000.00 |
| $4,500.00 |

| | |
|---|---:|
| ███ | $2,900.00 |
| ███ | $250.00 |
| ███ | $2,200.00 |
| ███ | $3,400.00 |
| ███ | $2,000.00 |
| ███ | $1,999.99 |
| ███ | $3,600.00 |
| ███ | $1,900.00 |
| ███ | $3,300.00 |
| ███ | $1,500.00 |
| ███ | $1,000.00 |
| ███ | $2,900.00 |
| ███ | $1,250.00 |
| ███ | $1,650.00 |
| ███ | $2,700.00 |
| ███ | $1,000.00 |
| ███ | $2,900.00 |
| ███ | $2,200.00 |
| ███ | $2,250.00 |
| ███ | $2,000.00 |
| ███ | $100.00 |
| ███ | $2,500.00 |
| ███ | $2,400.00 |
| ███ | $2,000.00 |
| ███ | $1,000.00 |
| ███ | $2,000.00 |
| ███ | $2,350.00 |
| ███ | $2,000.00 |
| ███ | $2,900.00 |
| ███ | $750.00 |
| ███ | $2,200.00 |
| ███ | $2,900.00 |
| ███ | $2,000.00 |
| ███ | $825.00 |
| ███ | $4,000.00 |
| ███ | $2,000.00 |
| ███ | $1,000.00 |
| ███ | $2,000.00 |
| ███ | $1,600.00 |
| ███ | $2,200.00 |
| ███ | $3,400.00 |
| ███ | $2,840.00 |
| ███ | $3,400.00 |
| ███ | $2,000.00 |
| ███ | $3,900.00 |
| ███ | $400.00 |
| ███ | $3,400.00 |

| | |
|---|---:|
| ▮ | $2,400.00 |
| ▮ | $750.00 |
| ▮ | $3,400.00 |
| ▮ | $3,400.00 |
| ▮ | $3,400.00 |
| ▮ | $2,400.00 |
| ▮ | $2,000.00 |
| ▮ | $1,800.00 |
| ▮ | $2,000.00 |
| ▮ | $2,200.00 |
| ▮ | $2,900.00 |
| ▮ | $2,000.00 |
| ▮ | $2,000.00 |
| ▮ | $3,300.00 |
| ▮ | $2,000.00 |
| ▮ | $1,600.00 |
| ▮ | $500.00 |
| ▮ | $1,000.00 |
| ▮ | $2,500.00 |
| ▮ | $3,400.00 |
| ▮ | $2,000.00 |
| ▮ | $3,400.00 |
| ▮ | $2,400.00 |
| ▮ | $2,900.00 |
| ▮ | $850.00 |
| ▮ | $1,500.00 |
| ▮ | $175.00 |
| ▮ | $1,550.00 |
| ▮ | $2,400.00 |
| ▮ | $2,200.00 |
| ▮ | $2,000.00 |
| ▮ | $2,400.00 |
| ▮ | $400.00 |
| ▮ | $1,700.00 |
| ▮ | $1,500.00 |
| ▮ | $2,200.00 |
| ▮ | $2,000.00 |
| ▮ | $2,000.00 |
| ▮ | $2,200.00 |
| ▮ | $2,000.00 |
| ▮ | $2,900.00 |
| ▮ | $2,000.00 |
| ▮ | $2,000.00 |
| ▮ | $2,900.00 |
| ▮ | $2,500.00 |
| ▮ | $2,350.00 |
| ▮ | $2,000.00 |

| |
|---:|
| $2,300.00 |
| $150.00 |
| $900.00 |
| $3,400.00 |
| $3,400.00 |
| $1,500.00 |
| $200.00 |
| $450.00 |
| $2,200.00 |
| $2,000.00 |
| $3,400.00 |
| $1,300.00 |
| $3,400.00 |
| $3,400.00 |
| $2,200.00 |
| $4,000.00 |
| $2,900.00 |
| $2,000.00 |
| $2,000.00 |
| $2,200.00 |
| $400.00 |
| $2,400.00 |
| $2,200.00 |
| $3,400.00 |
| $1,800.00 |
| $600.00 |
| $2,500.00 |
| $1,700.00 |
| $2,900.00 |
| $1,300.00 |
| $4,000.00 |
| $2,200.00 |
| $2,000.00 |
| $3,750.00 |
| $2,850.00 |
| $2,400.00 |
| $2,000.00 |
| $2,900.00 |
| $3,400.00 |
| $1,575.00 |
| $1,500.00 |
| $2,000.00 |
| $2,400.00 |
| $1,000.00 |
| $4,000.00 |
| $2,500.00 |
| $100.00 |

| |
|---:|
| $1,950.00 |
| $1,500.00 |
| $2,000.00 |
| $2,400.00 |
| $3,400.00 |
| $3,400.00 |
| $3,000.00 |
| $3,400.00 |
| $2,000.00 |
| $150.00 |
| $3,500.00 |
| $675.00 |
| $950.00 |
| $2,600.00 |
| $4,200.00 |
| $3,400.00 |
| $2,000.00 |
| $1,900.00 |
| $3,400.00 |
| $3,400.00 |
| $2,200.00 |
| $3,400.00 |
| $500.00 |
| $6,800.00 |
| $4,000.00 |
| $3,400.00 |
| $2,000.00 |
| $2,900.00 |
| $3,400.00 |
| $1,000.00 |
| $1,100.00 |
| $2,750.00 |
| $500.00 |
| $500.00 |
| $2,400.00 |
| $1,100.00 |
| $2,400.00 |
| $90.00 |
| $70.00 |
| $2,000.00 |
| $3,400.00 |
| $2,200.00 |
| $2,800.00 |
| $2,000.00 |
| $1,700.00 |
| $3,400.00 |
| $2,200.00 |

| |
|---:|
| $6,800.00 |
| $350.00 |
| $1,050.00 |
| $1,200.00 |
| $3,400.00 |
| $650.00 |
| $1,000.00 |
| $2,200.00 |
| $2,400.00 |
| $1,500.00 |
| $1,500.00 |
| $2,500.00 |
| $1,500.00 |
| $3,000.00 |
| $2,900.00 |
| $950.00 |
| $3,900.00 |
| $1,200.00 |
| $200.00 |
| $100.00 |
| $3,400.00 |
| $3,400.00 |
| $2,000.00 |
| $3,400.00 |
| $2,400.00 |
| $3,400.00 |
| $2,900.00 |
| $3,400.00 |
| $600.00 |
| $900.00 |
| $2,900.00 |
| $2,900.00 |
| $1,250.00 |
| $2,000.00 |
| $2,000.00 |
| $1,800.00 |
| $2,000.00 |
| $1,200.00 |
| $2,900.00 |
| $2,900.00 |
| $2,000.00 |
| $3,400.00 |
| $200.00 |
| $2,900.00 |
| $100.00 |
| $2,900.00 |
| $1,500.00 |

| | |
|---|---:|
| ████████ | $1,250.00 |
| ████████ | $400.00 |
| ████████ | $3,400.00 |
| ████████ | $4,000.00 |
| ████████ | $2,000.00 |
| ████████ | $3,400.00 |
| ████████ | $3,550.00 |
| ████████ | $150.00 |
| ████████ | $2,500.00 |
| ████████ | $3,400.00 |
| ████████ | $600.00 |
| ████████ | $3,400.00 |
| ████████ | $610.00 |
| ████████ | $3,400.00 |
| ████████ | $3,000.00 |
| ████████ | $1,300.00 |
| ████████ | $2,000.00 |
| ████████ | $2,000.00 |
| ████████ | $3,400.00 |
| ████████ | $400.00 |
| ████████ | $2,900.00 |
| ████████ | $2,200.00 |
| ████████ | $2,500.00 |
| ████████ | $2,900.00 |
| ████████ | $3,400.00 |
| ████████ | $2,900.00 |
| ████████ | $2,000.00 |
| ████████ | $240.00 |
| ████████ | $1,000.00 |
| ████████ | $4,000.00 |
| ████████ | $2,500.00 |
| ████████ | $2,000.00 |
| ████████ | $3,500.00 |
| ████████ | $3,400.00 |
| ████████ | $500.00 |
| ████████ | $3,400.00 |
| ████████ | $200.00 |
| ████████ | $2,200.00 |
| ████████ | $2,200.00 |
| ████████ | $2,000.00 |
| ████████ | $200.00 |
| ████████ | $2,200.00 |
| ████████ | $2,000.00 |
| ████████ | $1,500.00 |
| ████████ | $1,600.00 |
| ████████ | $800.00 |
| ████████ | $2,000.00 |

| |
|---:|
| $3,400.00 |
| $2,900.00 |
| $1,900.00 |
| $2,000.00 |
| $100.00 |
| $2,000.00 |
| $2,000.00 |
| $4,000.00 |
| $2,000.00 |
| $2,900.00 |
| $3,400.00 |
| $2,000.00 |
| $2,250.00 |
| $2,200.00 |
| $2,300.00 |
| $1,800.00 |
| $200.00 |
| $3,400.00 |
| $3,400.00 |
| $3,400.00 |
| $3,400.00 |
| $1,000.00 |
| $2,500.00 |
| $3,000.00 |
| $250.00 |
| $1,800.00 |
| $2,250.00 |
| $3,400.00 |
| $1,995.00 |
| $2,200.00 |
| $3,750.00 |
| $3,400.00 |
| $1,400.00 |
| $2,400.00 |
| $50.00 |
| $3,000.00 |
| $2,000.00 |
| $5,900.00 |
| $200.00 |
| $1,750.00 |
| $2,100.00 |
| $2,400.00 |
| $2,000.00 |
| $1,000.00 |
| $2,000.00 |
| $2,900.00 |
| $3,400.00 |

| |
|---:|
| $3,000.00 |
| $400.00 |
| $2,000.00 |
| $2,200.00 |
| $300.00 |
| $1,000.00 |
| $200.00 |
| $1,500.00 |
| $850.00 |
| $1,700.00 |
| $2,900.00 |
| $3,400.00 |
| $2,200.00 |
| $3,400.00 |
| $300.00 |
| $2,000.00 |
| $900.00 |
| $1,400.00 |
| $3,700.00 |
| $1,000.00 |
| $2,300.00 |
| $1,000.00 |
| $4,000.00 |
| $2,400.00 |
| $100.00 |
| $2,000.00 |
| $3,400.00 |
| $666.64 |
| $83.33 |
| $350.00 |
| $2,900.00 |
| $950.00 |
| $1,000.00 |
| $1,300.00 |
| $2,000.00 |
| $2,000.00 |
| $2,000.00 |
| $2,200.00 |
| $1,500.00 |
| $2,000.00 |
| $1,900.00 |
| $3,500.00 |
| $3,400.00 |
| $3,400.00 |
| $2,500.00 |
| $2,000.00 |
| $750.00 |

| |
|---:|
| $3,400.00 |
| $468.75 |
| $3,400.00 |
| $1,900.00 |
| $3,400.00 |
| $1,000.00 |
| $2,900.00 |
| $1,000.00 |
| $2,500.00 |
| $4,400.00 |
| $4,000.00 |
| $2,500.00 |
| $2,400.00 |
| $3,400.00 |
| $1,700.00 |
| $2,400.00 |
| $3,400.00 |
| $1,600.00 |
| $2,400.00 |
| $2,000.00 |
| $3,400.00 |
| $3,400.00 |
| $2,900.00 |
| $2,000.00 |
| $1,000.00 |
| $50.00 |
| $2,000.00 |
| $3,400.00 |
| $1,900.00 |
| $4,000.00 |
| $2,700.00 |
| $3,400.00 |
| $2,500.00 |
| $2,000.00 |
| $100.00 |
| $100.00 |
| $3,750.00 |
| $2,900.00 |
| $2,000.00 |
| $2,900.00 |
| $2,400.00 |
| $3,400.00 |
| $1,200.00 |
| $2,900.00 |
| $1,650.00 |
| $3,000.00 |
| $4,700.00 |

| |
|--:|
| $3,400.00 |
| $2,000.00 |
| $3,500.00 |
| $500.00 |
| $1,700.00 |
| $3,400.00 |
| $2,975.00 |
| $2,200.00 |
| $2,500.00 |
| $2,000.00 |
| $4,000.00 |
| $4,400.00 |
| $300.00 |
| $1,500.00 |
| $500.00 |
| $2,200.00 |
| $1,800.00 |
| $3,400.00 |
| $1,300.00 |
| $3,400.00 |
| $250.00 |
| $100.00 |
| $2,850.00 |
| $2,600.00 |
| $100.00 |
| $250.00 |
| $1,666.66 |
| $4,000.00 |
| $1,600.00 |
| $2,200.00 |
| $400.00 |
| $200.00 |
| $100.00 |
| $2,000.00 |
| $2,900.00 |
| $2,000.00 |
| $2,100.00 |
| $3,400.00 |
| $2,900.00 |
| $900.00 |
| $2,000.00 |
| $1,800.00 |
| $2,000.00 |
| $2,200.00 |
| $3,500.00 |
| $1,800.00 |
| $3,400.00 |

| |
|---:|
| $2,200.00 |
| $2,200.00 |
| $2,000.00 |
| $2,000.00 |
| $1,700.00 |
| $2,900.00 |
| $100.00 |
| $3,400.00 |
| $3,400.00 |
| $1,950.00 |
| $2,200.00 |
| $2,000.00 |
| $3,400.00 |
| $1,250.00 |
| $3,400.00 |
| $400.00 |
| $1,000.00 |
| $1,400.00 |
| $2,900.00 |
| $4,000.00 |
| $500.00 |
| $2,400.00 |
| $300.00 |
| $2,000.00 |
| $1,400.00 |
| $2,000.00 |
| $2,000.00 |
| $3,600.00 |
| $200.00 |
| $3,750.00 |
| $1,750.00 |
| $1,100.00 |
| $3,400.00 |
| $2,000.00 |
| $3,400.00 |
| $300.00 |
| $2,400.00 |
| $2,900.00 |
| $2,000.00 |
| $600.00 |
| $300.00 |
| $3,000.00 |
| $600.00 |
| $1,000.00 |
| $1,600.00 |
| $2,600.00 |
| $2,000.00 |

| | |
|---|---:|
| [redacted] | $2,000.00 |
| | $2,000.00 |
| | $4,000.00 |
| | $2,000.00 |
| | $1,252.00 |
| | $2,500.00 |
| | $1,500.00 |
| | $800.00 |
| | $1,750.00 |
| | $2,000.00 |
| | $2,200.00 |
| | $550.00 |
| | $2,900.00 |
| | $3,400.00 |
| | $500.00 |
| | $3,400.00 |
| | $1,500.00 |
| | $2,000.00 |
| | $600.00 |
| | $3,400.00 |
| | $200.00 |
| | $2,300.00 |
| | $25.00 |
| | $1,500.00 |
| | $3,400.00 |
| | $1,800.00 |
| | $3,400.00 |
| | $2,000.00 |
| | $750.00 |
| | $2,000.00 |
| | $900.00 |
| | $4,800.00 |
| | $2,000.00 |
| | $2,100.00 |
| | $2,000.00 |
| | $2,500.00 |
| | $2,900.00 |
| | $6,800.00 |
| | $100.00 |
| | $3,400.00 |
| | $2,900.00 |
| | $1,500.00 |
| | $1,800.00 |
| | $1,800.00 |
| | $4,800.00 |
| | $2,900.00 |
| | $1,000.00 |

| |
|---:|
| $2,000.00 |
| $2,400.00 |
| $2,000.00 |
| $3,400.00 |
| $2,400.00 |
| $1,600.00 |
| $1,500.00 |
| $2,200.00 |
| $2,900.00 |
| $3,400.00 |
| $1,200.00 |
| $2,200.00 |
| $3,400.00 |
| $2,400.00 |
| $200.00 |
| $500.00 |
| $2,000.00 |
| $1,225.00 |
| $775.00 |
| $700.00 |
| $2,200.00 |
| $2,000.00 |
| $3,000.00 |
| $3,400.00 |
| $900.00 |
| $3,400.00 |
| $1,000.00 |
| $1,750.00 |
| $2,400.00 |
| $2,000.00 |
| $3,400.00 |
| $1,500.00 |
| $2,000.00 |
| $2,900.00 |
| $400.00 |
| $200.00 |
| $3,400.00 |
| $1,400.00 |
| $1,000.00 |
| $2,900.00 |
| $2,000.00 |
| $1,800.00 |
| $4,000.00 |
| $2,900.00 |
| $2,000.00 |
| $1,000.00 |
| $1,900.00 |

| | |
|---|---:|
| ▓▓▓ | $2,000.00 |
| ▓▓▓ | $2,900.00 |
| ▓▓▓ | $3,400.00 |
| ▓▓▓ | $4,200.00 |
| **Grand Total** | **$1,505,927.37** |