**RESPONSES SENT TO U.S. ATTORNEY'S OFFICE WEBSITE**

| Last Name | First Name | Deposit Amount |
|---|---|---|
| ███ | ███ | $2,000.00 |
| ███ | ███ | $4,500.00 |
| ███ | ███ | $2,900.00 |
| ███ | ███ | $2,500.00 |
| ███ | ███ | $1,950.00 |
| ███ | ███ | $2,800.00 |
| ███ | ███ | $2,000.00 |
| ███ | ███ | $3,750.00 |
| ███ | ███ | $2,200.00 |
| ███ | ███ | $2,200.00 |
| ███ | ███ | $500.00 |

**Total** **$35,600.00**

GOVERNMENT EXHIBIT
**2**
16-CR-334(JNE/KMM)