IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No.: 16-cr-334 (JNE/KMM) (1) |
| v. | Expedited Consideration Requested |
| PAUL R. HANSMEIER, | |
| Defendant. | |

RENEWED MOTION FOR RELEASE PENDING APPEAL

Defendant Paul Hansmeier, proceeding pro se, respectfully moves the Court for release pending appeal pursuant to 28 U.S.C. § 3143(b). Hansmeier requests expedited consideration of this motion.

March 27, 2020

Paul Hansmeier
20753-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072