UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                                    Case No. 16-cr-334 (JNE/KMM) (1)
                                                       ORDER

Paul R. Hansmeier,

      Defendant.

     Defendant filed pro se a Renewed Motion for Release Pending Appeal.  Because Defendant is represented by an attorney, the Court declines to consider the motion.  *See, e.g.*, *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017) ("A district court is not required 'to entertain pro se motions filed by a represented party.'" (quoting *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001))); *United States v. Pate*, 754 F.3d 550, 553 (8th Cir. 2014).  The Clerk of Court shall terminate Docket No. 169.

     IT IS SO ORDERED.

Dated: April 10, 2020

                                                                  s/ Joan N. Ericksen
                                                                  JOAN N. ERICKSEN
                                                                  United States District Judge