UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | 16-cr-334(1)(JNE/KMM) |
| PAUL HANSMEIER, | PAUL HANSMEIER'S NOTICE OF CHANGE IN ECONOMIC CIRCUMSTANCES |
| Defendant. | |

Defendant Paul Hansmeier, acting out of an abundance of caution, respectfully notifies the relevant parties that he now owns the rights to a short adult video.

Respectfully submitted,

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072