UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 16-334(1) (JNE/KMM) |
| Plaintiff, | |
| v. | ORDER |
| Paul R. Hansmeier, | |
| Defendant. | |

This matter is before the Court on Defendant Paul R. Hansmeier's Pro Se Motion to Reduce Term of Imprisonment [Docket No. 192]. The government is hereby ordered to respond to Mr. Hansmeier's motion by Wednesday, July 21, 2021. Mr. Hansmeier may reply to that response by Wednesday, August 4, 2021. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

IT IS SO ORDERED.

Dated:  July 7, 2021

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge