# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

July 16, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

    Re: Paul R. Hansmeier
        v. United States
        No. 21-5128
        (Your No. 19-2386)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 7, 2021 and placed on the docket July 16, 2021 as No. 21-5128.

Sincerely,

**Scott S. Harris**, Clerk

by

Jeffrey Atkins
Deputy Clerk