UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

   Plaintiff,

v.                   Case No. 16-cr-334 (JNE/KMM) (1)
                   ORDER
Paul R. Hansmeier,

   Defendant.

Defendant filed a pro se motion to reduce term of imprisonment. *See* 18 U.S.C. § 3582(c)(1)(A)(i). Because Defendant is represented by an attorney, the Court declines to consider the motion. *See, e.g.*, *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017); *United States v. Pate*, 754 F.3d 550, 553 (8th Cir. 2014). The Clerk of Court shall terminate Docket No. 192.

  IT IS SO ORDERED.

Dated: August 6, 2021

                  s/ Joan N. Ericksen
                  JOAN N. ERICKSEN
                  United States District Judge