UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.

Paul R. Hansmeier,

      Defendant.

Case No. 16-cr-334 (JNE/KMM) (1)
ORDER

Defendant filed a pro se motion to reduce term of imprisonment. The Court declined to consider it because he is represented an attorney. Defendant filed a pro se letter request for reconsideration. The Court declines to consider it. The Clerk of Court shall terminate Docket No. 200.

    IT IS SO ORDERED.

Dated: September 10, 2021

                                             s/Joan N. Ericksen
                                             JOAN N. ERICKSEN
                                             United States District Judge