UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 16-334(1) (JNE) |
| | Civil No. 21-2751 (JNE) |
| Plaintiff, | |
| v. | ORDER |
| Paul R. Hansmeier, | |
| Defendant. | |

This matter is before the Court on Defendant Paul R. Hansmeier's Motion to Vacate under 28 U.S.C. § 2255 [Docket No. 209]. The government is hereby ordered to respond to Mr. Hansmeier's motion by Tuesday, February 1, 2022. Mr. Hansmeier may reply to that response by Tuesday, February 15, 2022. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

IT IS SO ORDERED.

Dated: January 18, 2022

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge