UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAUL HANSMEIER,
  Movant,

v.

UNITED STATES OF AMERICA,
  Respondent.

16-cr-334

OPPOSITION TO GOVERNMENT'S EXTENSION REQUEST

The Government has moved for an extension of time to respond to Hansmeier's 28 U.S.C. § 2255 motion. The Government's motion does not address and therefore does not oppose Hansmeier's also-pending motion for bail pending the Court's disposition of Hansmeier's 2255 motion. Hansmeier respectfully requests that the Court grant Hansmeier's bail motion so as to minimize Hansmeier's prejudice from the Government's current and expected requests for lengthy extensions of time to respond to the weighty issues presented by the Government's criminalization of the copyright enforcement method established by the Eighth Circuit in *Olan Mills* and its related decisions — a copyright enforcement method referred to by leading treatises as "routine."

Dated: February 1, 2022

Paul Hansmeier
20853-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072