UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                                                              Case No. 16-cr-334 (JNE) (1)
                                                                                             ORDER

Paul R. Hansmeier,

    Defendant.

This case is before the Court on the United States' Motion for Amended Order of Restitution. The United States moved to amend the judgment entered against Defendant to indicate that restitution is owed jointly and severally with his co-defendant. The Court grants the motion.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1.     The United States' Motion for Amended Order of Restitution [Docket No. 227] is GRANTED.

2.     The Judgment in a Criminal Case [Docket No. 136] is amended to indicate that the total amount of restitution, $1,541,527.37, is owed jointly and severally with John L. Steele, Case No. 16-cr-334 (JNE) (2).

Dated: May 19, 2022

                                                                        s/Joan N. Ericksen
                                                                        JOAN N. ERICKSEN
                                                                        United States District Judge