UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED BY MAIL
MAY 31 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. PAUL R. HANSMEIER, Defendant. | 16-cr-334 (JNE)(1) NOTICE OF APPEAL |

Please take notice that Defendant Paul Hansmeier hereby appeals the Order entered on May 19, 2022, Dkt. 227, the resulting amended judgment and all prior orders entered in this case to the United States Court of Appeals for the Eighth Circuit.

Dated: May 27, 2022

Paul Hansmeier
20953-041 Unit K3
P.O. Box 1000
Federal Correctional Institution
Sandstone, MN 55072

SCANNED
MAY 31 2022
U.S. DISTRICT COURT MPLS

PRISON MAILBOX RULE CERTIFICATION

I certify under the penalty of perjury that I placed the above in the prison mailbox system on May 27, 2022, by submitting it with First Class postage prepaid.

Paul Hansmeier