UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 22-3031

_____

United States of America

Plaintiff - Appellee

v.

Paul R. Hansmeier

Defendant - Appellant

Appeal from U.S. District Court for the District of Minnesota
(0:16-cr-00334-JNE-1)

**JUDGMENT**

Before SHEPHERD, MELLOY, and GRASZ, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the district court's order denying the motion for bail is summarily affirmed. See Eighth Circuit Rule 47A(a).

November 01, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans