UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-cr-334(1) (JNE)

UNITED STATES OF AMERICA,

      Plaintiff,

v.                            **CERTIFICATE OF SERVICE**

PAUL R HANSMEIER,

      Defendant.

I hereby certify that on November 14, 2022, I served, or caused to be served, the following documents:

    Government's Response in Opposition to Amend §2255 Motion

to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Paul R Hansmeier, Pro Se
Reg. No. 20953-041
FCI Sandstone Unit F
P.O. Box 1000
Sandstone, MN 55072

Dated: November 14, 2022                 Respectfully Submitted,

                                              ANDREW M. LUGER
                                              United States Attorney

                                              BY: DANIEL DIAZ
                                              Legal Assistant