UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

  Plaintiff,

v.                    Case No. 16-cr-334 (JNE) (1)
                     ORDER

Paul R. Hansmeier,

  Defendant.

Defendant's "motion to reduce sentence under 18 U.S.C. 3581(c)(1)(A)(i)" [Docket No. 266] is DENIED.  *See United States v. Mofle*, 989 F.3d 646, 648 (8th Cir. 2021); *United States v. Dotson*, 849 F. App'x 598, 601 (7th Cir. 2021).

  IT IS SO ORDERED.

Dated: January 11, 2023

                    s/Joan N. Ericksen
                    JOAN N. ERICKSEN
                    United States District Judge