UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                                               Case No. 16-cr-334 (JNE) (1)
                                                                             ORDER

Paul R. Hansmeier,

    Defendant.

    Stating that he "would like to hire an undercover investigator to protect his copyrights against Internet piracy and bring claims under the Copyright Act and the Computer Fraud and Abuse Act against people who trespass on his computers to infringe his works," Defendant, who is subject to a filing restriction[1] and whose motion under 28 U.S.C. § 2255 is under review, moved "to enjoin the government from enforcing the mail-wire fraud conspiracy (18 U.S.C. 1349) and money laundering conspiracy (18 U.S.C. 1956(h)) statutes against him on account of this copyright enforcement activity." Defendant's motion for a preliminary injunction [Docket No. 270] is DENIED. *See Devose v. Herrington*, 42 F.3d 470, 471 (8th Cir. 1994) (per curiam).

    IT IS SO ORDERED.

Dated: January 23, 2023

                                                                            s/Joan N. Ericksen
                                                                            JOAN N. ERICKSEN
                                                                            United States District Judge

---

[1]    *Hansmeier v. MacLaughlin*, Civil No. 21-1167, 2022 WL 748484, at *7 (D. Minn. Mar. 11, 2022).