# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 23, 2024

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

      Re:  Paul R. Hansmeier
            v. United States
           No. 23-6546
           (Your No. 23-2436)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 12, 2023 and placed on the docket January 23, 2024 as No. 23-6546.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst