UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Paul R. Hansmeier,

Defendant.

Case No. 16-cr-334 (JNE) (1)
Case No. 26-cv-3944 (JNE)
ORDER

"[A] federal prisoner must receive certification from the court of appeals to file a 'second or successive' [28 U.S.C.] § 2255 motion." *United States v. Sellner*, 773 F.3d 927, 930 (8th Cir. 2014). Defendant recently filed motions that constitute second or successive § 2255 motions. *See Lozano v. United States*, 171 F.4th 1025, 1030 (8th Cir. 2026). Because he filed them without the Eighth Circuit's authorization, the Court dismisses them. *See* 28 U.S.C. § 2255(h); *Boyd v. United States*, 304 F.3d 813, 814 (8th Cir. 2002) (per curiam). The Court declines to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2); *United States v. Lambros*, 404 F.3d 1034, 1036–37 (8th Cir. 2005) (per curiam). Therefore, IT IS ORDERED THAT:

1. Defendant's § 2255 motion and motion to amend [Docket Nos. 303, 304, 306, and 307] are DISMISSED.

2. A certificate of appealability is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 8, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge