UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Paul R. Hansmeier,

Defendant.

Case No. 16-cr-334 (JNE) (1)
Case No. 26-cv-3944 (JNE)
ORDER

Defendant filed motions that constitute second or successive motions under 28 U.S.C. § 2255. Because he filed them without the Eighth Circuit's authorization, the Court dismissed them. Defendant filed a motion to alter or amend the judgment. *See* Fed. R. Civ. P. 59(e). Defendant's motion [Docket No. 311] is DENIED.

IT IS SO ORDERED.

Dated: November 6, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge